IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. WILLIAMS,<br>Plaintiff,<br><br>v.<br><br>OFFICER VINCE PONDER;<br>ROBERT R. AUMAN<br>ASSISTANT DISTRICT ATTORNEY<br>SOUTHER JUDICIAL CIRCUIT,<br>Defendants. | No. 08-CV-4086 |

**ORDER**

AND NOW, this 30th day of September, 2009, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motions of defendants Vince Ponder (Docket No. 15) and Robert R. Auman (Docket No. 10) to dismiss plaintiff's complaint are GRANTED, such dismissal being without prejudice as respects plaintiff's claims against the moving defendants.

BY THE COURT:

/ s / Louis H. Pollak
Pollak, J.